# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 26-67-BLG-KSL** |
| **Plaintiff,** | |
| **vs.** | **PRELIMINARY ORDER OF FORFEITURE** |
| **KEVIN JAMES HENGSTELER,** | |
| **Defendant.** | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 21) of the property identified below pursuant to Fed. R. Crim. P. 32.2(b).

Defendant Kevin James Hengsteler has been adjudged guilty of Prohibited Person in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1). As such, Defendant's guilty plea and the Offer of Proof (Doc. 17) establish a factual basis and cause to issue a preliminary order of forfeiture pursuant to 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(b).

Accordingly, IT IS ORDERED that the Motion for Preliminary Order of Forfeiture (Doc. 21) is **GRANTED.**

IT IS FURTHER ORDERED that Defendant Hengsteler's interest in the following property is forfeited under 18 U.S.C. § 924(d):

- Taurus International, model PT22, .22 caliber pistol, S/N: ANC30759; and
- Any associated accessories and ammunition, including 4 rounds of Winchester-Western .22 caliber ammunition.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms, and Explosives, or a designated sub-custodian, are directed to seize and/or maintain custody of this property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that, upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all such interests

will be addressed.

DATED this 7ᵗʰ day of August, 2026.

KATHLEEN S. LANE
United States District Court Judge